**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**Agnaldo Cilira Da Costa**
        Petitioner

        V.

                                     CIVIL ACTION

                                     NO. **1:26-cv-12967-RGS**


**Moniz et al**
        Respondents


**ORDER OF DISMISSAL**


Stearns, D. J.


        In accordance with the Court's Order entered August 3, 2026 [Doc. No. 17] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.


                               By the Court,


8/4/2026                              /s/ Jacqueline Martin
    Date                                     Deputy Clerk